IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 2:04cv455-WHA |
| | ) | |
| BRADLEY JOSEPH STEIGER | | |

**<u>ORDER</u>**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #41), entered on September 7, 2006, together with the Defendant's Reply (Doc. #48) and Defendant's Supplement (Doc. #49).

The court has carefully considered each of the Defendant's objections in light of the Magistrate Judge's lengthy and thorough analysis contained in the Recommendation and has conducted a *de novo* review of this entire matter. Having done so, the court finds that all of the Defendant's objections raise issues adequately covered in the Recommendation and need not be further discussed.

Upon an independent evaluation and *de novo* review of this matter, the court finds the objections to be without merit, and they are hereby overruled. The court adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that Defendant's Motion to Vacate his sentence pursuant to 28 U.S.C. § 2255 is DENIED.

It is further ORDERED that any other outstanding motions in this case are DENIED.

DONE this 29th day of November, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE